# IN THE SUPREME COURT OF TEXAS

## NO. 13-0947

### EDITH SUAREZ, INDIVIDUALLY AND AS SURVIVING PARENT OF A.S. AND S.S., DECEASED, AND AS SURVIVING SPOUSE OF HECTOR SUAREZ, DECEASED, PETITIONER

V.

### THE CITY OF TEXAS CITY, TEXAS, RESPONDENTS

No. *11CV1108* in the *212th District Court*, *Galveston* County

## BILL OF COSTS

***Petition for Review***

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Submiss/Oral Argument | $75.00 | $75.00 | Paid by Edith Suarez |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Edith Suarez |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Texas City, Texas |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Edith Suarez |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Texas City, Texas |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Texas City, Texas |
| Petition for Review Filed | $125.00 | $125.00 | Paid by Edith Suarez |
| Clerk's Record | $245.00 | Unknown | 1 Volume |
| Reporter's Record | $164.00 | Unknown | 2 Volumes |

Balance of costs owing to the Supreme Court of Texas:     **0.00**

---

*Petitioner, Edith Suarez, Individually and as Surviving Parent of A.S. and S.S., Deceased, and as Surviving Spouse of Hector Suarez, Deceased, shall pay, and Respondent, The City of Texas City, Texas, shall recover, the costs incurred in this Court and the court of appeals.*

---

I, **BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

with the seal thereof annexed, at the City of Austin, this the 30th day of July, 2015.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk